WILLIAM S. EUBANKS II, N.C. BAR NO. 36743
HOWARD M. CRYSTAL, D.C. BAR. NO. 446189
*Pro hac vice*
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
(202) 588-5206, (202) 588-5049 fax
beubanks@meyerglitz.com, hcrystal@meyerglitz.com

KRISTIN HENRY, CAL. BAR NO. 220908
Sierra Club
85 2nd Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5716, (415) 977-5793 fax
Kristin.Henry@sierraclub.org
*Attorneys for Plaintiff Sierra Club*

JOSEPH P. RUSSONIELLO, CAL. BAR NO. 44332
United States Attorney
JOANN M. SWANSON, CAL. BAR NO. 88143
Chief, Civil Division
MICHAEL T. PYLE, CAL. BAR NO. 172954
Assistant U.S. Attorney
U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
(415) 436-7322, (415) 436-6748 fax
michael.t.pyle@usdoj.gov
*Attorney for Federal Defendants*

(additional attorneys listed on next page)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA CLUB,** ) | |
| ) | |
| Plaintiff, ) | **Case No. 3:08-cv-04248-SC** |
| v. ) | |
| ) | **STIPULATED REQUEST TO** |
| **UNITED STATES DEPARTMENT** ) | **RESCHEDULE INITIAL CASE** |
| **OF AGRICULTURE, AND** ) | **MANAGEMENT CONFERENCE FROM** |
| **RURAL UTILITIES SERVICE,** ) | **JANUARY 23, 2009 TO MAY 29, 2009** |
| ) | |
| Defendants. ) | |

EDWARD D. BURBACH, TX BAR NO. 03355250
Gardere Wynne Sewell LLP
*Pro hac vice*
One American Center, Suite 3000
Austin, TX 78746
(512) 542-7070
(512) 542-7270
Email: eburbach@gardere.com

JAMES GOLDBERG, CAL. BAR NO. 107990
DEBORAH A. GOLDFARB CAL. BAR NO. 291942
Bryan Cave LLP
Two Embarcadero Center, Suite 1410
Telephone: (415)675-3400
Facsimile (415)675-3434
Email: james.goldberg@bryancave.com
Email: deborah.goldfarb@bryancave.com

Whereas, this case involves several requests by Plaintiff, SIERRA CLUB, for records in the custody or control of Federal Defendants, U.S. DEPARTMENT OF AGRICULTURE and RURAL UTILITIES SERVICE, pursuant to the Freedom of Information Act;[1] and

Whereas, on December 12, 2008, Plaintiff and Federal Defendants agreed in a joint case management statement to a proposed schedule whereby Federal Defendants will use their best efforts to provide responsive records and a draft <u>Vaughn</u> Index or Indices for any withholdings by April 24, 2009; and

Whereas, Plaintiff and Federal Defendants have also proposed to file an updated case management statement with a new proposed schedule to resolve any outstanding issues in the case by April 30, 2009; and

---

[1] Intervenor Brazos notes its position that it denies that Plaintiff made the FOIA requests at issue.

**STIPULATED REQUEST TO RESCHEDULE
INITIAL CASE MANAGEMENT CONFERENCE
FROM JANUARY 23, 2009 TO MAY 29, 2009 - 2**

Whereas, in light of this schedule, Plaintiff, Federal Defendants, and Intervenor-Defendant BRAZOS ELECTRIC (collectively the "Parties"), have conferred and agree that conducting the case management conference after an updated case management statement has been filed will narrow the issues that may need to be addressed at the conference and therefore will serve judicial efficiency; and

Whereas, the case management conference is currently scheduled for January 23, 2009; and

Whereas, the Court's clerk has indicated that an appropriate date for the case management conference would be May 29, 2009 and this date is acceptable to the Parties;

IT IS HEREBY AGREED AND THE PARTIES STIPULATE, subject to the Court's approval, that the initial case management conference be rescheduled for May 29, 2009.

                                                  Respectfully submitted,

                                                  /s/ William S. Eubanks II
                                                  WILLIAM S. EUBANKS II, N.C. BAR NO. 36743
                                                  HOWARD M. CRYSTAL, D.C. BAR. NO. 446189
                                                  *Pro hac vice*
                                                  Meyer Glitzenstein & Crystal
                                                  1601 Connecticut Avenue, N.W., Suite 700
                                                  Washington, D.C.  20009
                                                  (202) 588-5206, (202) 588-5049 fax
                                                  beubanks@meyerglitz.com
                                                  hcrystal@meyerglitz.com

                                                  /s/ Kristin Henry
                                                  KRISTIN HENRY, CAL. BAR NO. 220908
                                                  Sierra Club
                                                  85 2nd Street, 2nd Floor
                                                  San Francisco, CA 94105
                                                  (415) 977-5716
                                                  (415) 977-5793 fax
                                                  Kristin.Henry@sierraclub.org

                                                  *Attorneys for Plaintiff Sierra Club*

STIPULATED REQUEST TO RESCHEDULE
INITIAL CASE MANAGEMENT CONFERENCE
FROM JANUARY 23, 2009 TO MAY 29, 2009 - 3

           /s/  Michael T. Pyle
MICHAEL T. PYLE, CAL. BAR NO. 172954
Assistant U.S. Attorney
U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
(415) 436-7322, (415) 436-6748 fax
michael.t.pyle@usdoj.gov

*Attorney for Federal Defendants*

           /s/ Edward D. Burbach
EDWARD D. BURBACH, TX BAR NO. 03355250
Gardere Wynne Sewell LLP
*pro hac vice*
One American Center, Suite 3000
Austin, TX 78746
(512) 542-7070, (512) 542-7270 (fax)
Email: eburbach@gardere.com

           /s/ James Goldberg
JAMES GOLDBERG, CAL. BAR NO. 107990
DEBORAH A. GOLDFARB CAL. BAR NO. 291942
Bryan Cave LLP
Two Embarcadero Center, Suite 1410
Telephone: (415)675-3400
Facsimile (415)675-3434
Email: james.goldberg@bryancave.com
Email: deborah.goldfarb@bryancave.com

*Attorneys for Intervenor Brazos Electric*

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED:

Date: January 13, 2009

_____
The Honorable [signature: Samuel Conti]
United States [District Judge]

*IT IS SO ORDERED — Judge Samuel Conti — United States District Court, Northern District of California*

**STIPULATED REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE FROM JANUARY 23, 2009 TO MAY 29, 2009 - 4**