1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILLIAM S. EUBANKS II, N.C. BAR NO. 36743
HOWARD M. CRYSTAL, D.C. BAR. NO. 446189
*Pro hac vice*
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
(202) 588-5206, (202) 588-5049 fax
beubanks@meyerglitz.com, hcrystal@meyerglitz.com

KRISTIN HENRY, CAL. BAR NO. 220908
Sierra Club
85 2nd Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5716, (415) 977-5793 fax
Kristin.Henry@sierraclub.org
*Attorneys for Plaintiff Sierra Club*

JOSEPH P. RUSSONIELLO, CAL. BAR NO. 44332
United States Attorney
JOANN M. SWANSON, CAL. BAR NO. 88143
Chief, Civil Division
MICHAEL T. PYLE, CAL. BAR NO. 172954
Assistant U.S. Attorney
U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
(415) 436-7322, (415) 436-6748 fax
michael.t.pyle@usdoj.gov
*Attorney for Federal Defendants*

(additional attorneys listed on next page)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA CLUB,** ) | |
| ) | |
| Plaintiff, ) | **Case No. 3:08-cv-04248-SC** |
| v. ) | |
| ) | **STIPULATED REQUEST AND** |
| **UNITED STATES DEPARTMENT** ) | **[PROPOSED] ORDER TO EXTEND** |
| **OF AGRICULTURE, AND** ) | **THE BRIEFING SCHEDULE BY** |
| **RURAL UTILITIES SERVICE,** ) | **SIXTY (60) DAYS** |
| ) | |
| Defendants. ) | |

1  JAMES GOLDBERG, CAL. BAR NO. 107990
2  DEBORAH A. GOLDFARB CAL. BAR NO. 291942
   Bryan Cave LLP
3  Two Embarcadero Center, Suite 1410
   Telephone: (415)675-3400
4  Facsimile (415)675-3434
5  Email: james.goldberg@bryancave.com
   Email: deborah.goldfarb@bryancave.com
6  *Attorneys for Intervening Defendants Brazos Electric*
   *Power Cooperative, Inc. and East Kentucky Power*
7  *Cooperative, Inc.*

8

9       Whereas, this case involves several requests by Plaintiff, SIERRA CLUB, for records in the

10  custody or control of Federal Defendants, U.S. DEPARTMENT OF AGRICULTURE and RURAL

11  UTILITIES SERVICE, pursuant to the Freedom of Information Act; and

12      Whereas, on or around September 25, 2009, Federal Defendants provided responsive records

13  and <u>Vaughn</u> Indices for withholdings; and

14
15      Whereas, Plaintiff completed review of responsive records and <u>Vaughn</u> Indices on or around

16  October 23, 2009, resulting in a settlement proposal to Federal Defendants on October 27, 2009; and

17      Whereas, the Court's current Scheduling Order (D.E. 57) requires Federal Defendants and

18  Intervenor-Defendants to file motions for summary judgment on November 13, 2009; and

19      Whereas, in light of the schedule and Plaintiff's recent settlement proposal, Plaintiff, Federal

20  Defendants, and Intervenor-Defendants (collectively the "Parties"), have conferred and agree that, in

21  an effort to promote judicial efficiency, the current briefing schedule be extended by sixty days to

22  determine whether the remaining issue in the case can be resolved without further litigation.  Counsel

23
24  for Plaintiff represents that he obtained the dates below from the Court's clerk.

25  ///

26  ///

27
28  **STIPULATED REQUEST TO EXTEND
    BRIEFING SCHEDULE BY SIXTY DAYS - 2**

1    IT IS HEREBY AGREED AND THE PARTIES STIPULATE, subject to the Court's

2  approval, that the briefing schedule be extended by approximately sixty days, resulting in the revised

3  schedule as follows:

4

5    (a)  January 19, 2010        Last day for Defendant and/or Intervenor(s) to file a motion
                                  for summary judgment.

6
     (b)  February 9, 2010        Last day for Plaintiff to file opposition to any motion for
7                                 summary judgment filed by Defendant and/or Intervenor(s)
                                  and last day for Plaintiff to file any cross-motion for
8                                 summary judgment.

9
     (c)  March 1, 2010           Last day for Defendant and/or Intervenor(s) to file reply in
10                                support of any motion for summary judgment and last day
                                  for Defendant and/or Intervenor(s) to file opposition to any
11                                motion for summary judgment filed by Plaintiff.

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28  **STIPULATED REQUEST TO EXTEND**
    **BRIEFING SCHEDULE BY SIXTY DAYS - 3**

1     (d) March 19, 2010           Last day for Plaintiff to file reply in support of its crossmotion

2                                         for summary judgment.

3     (e) April 16, 2010             Hearing on summary judgment motions.

4

5                                        Respectfully submitted,

6                                 ___/s/ William S. Eubanks II_____

7                                 WILLIAM S. EUBANKS II, N.C. BAR NO. 36743

                                HOWARD M. CRYSTAL, D.C. BAR. NO. 446189

8                                 *Pro hac vice*

9                                 __/s/ Kristin Henry_____

                                KRISTIN HENRY, CAL. BAR NO. 220908

10                                 Sierra Club

                                85 2nd Street, 2nd Floor

11                                 San Francisco, CA 94105

                                (415) 977-5716, (415) 977-5793 fax

12                                 Kristin.Henry@sierraclub.org

                                *Attorneys for Plaintiff Sierra Club*

13

14                                 ___/s/  Michael T. Pyle_____

                                MICHAEL T. PYLE, CAL. BAR NO. 172954

15                                 *Attorney for Federal Defendants*

16                                 ___/s/ James Goldberg_____

17                                 JAMES GOLDBERG, CAL. BAR NO. 107990

                                DEBORAH A. GOLDFARB CAL. BAR NO. 291942

18                                 *Attorneys for Intervenor-Defendants*

19 PURSUANT TO STIPULATION, IT IS SO ORDERED:

20

21

22 Date: _October 30, 2009_____

23                                           _____

                      The Ho_____

24                       Unite_____ Judge

25

26

27

28 **STIPULATED REQUEST TO EXTEND**
**BRIEFING SCHEDULE BY SIXTY DAYS - 4**