William S. Eubanks II, N.C. Bar No. 36743
Howard M. Crystal, D.C. Bar. No. 446189
*Pro hac vice*
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206, (202) 588-5049 fax
beubanks@meyerglitz.com, hcrystal@meyerglitz.com

Kristin Henry, Cal. Bar No. 220908
Sierra Club
85 2nd Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5716, (415) 977-5793 fax
Kristin.Henry@sierraclub.org
*Attorneys for Plaintiff Sierra Club*

Joseph P. Russoniello, Cal. Bar No. 44332
United States Attorney
JoAnn M. Swanson, Cal. Bar No. 88143
Chief, Civil Division
Michael T. Pyle, Cal. Bar No. 172954
Assistant U.S. Attorney
U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
(415) 436-7322, (415) 436-6748 fax
michael.t.pyle@usdoj.gov
*Attorney for Federal Defendants*

(additional attorneys listed on next page)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SIERRA CLUB,** | ) |
| | ) |
| Plaintiff, | ) **Case No. 3:08-cv-04248-SC** |
| v. | ) |
| | ) **STIPULATED REQUEST AND** |
| **UNITED STATES DEPARTMENT** | ) **[PROPOSED] ORDER TO FURTHER** |
| **OF AGRICULTURE, AND** | ) **EXTEND THE BRIEFING SCHEDULE BY** |
| **RURAL UTILITIES SERVICE,** | ) **SIXTY (60) DAYS** |
| | ) |
| Defendants. | ) |

JAMES GOLDBERG, CAL. BAR NO. 107990
DEBORAH A. GOLDFARB CAL. BAR NO. 291942
Bryan Cave LLP
Two Embarcadero Center, Suite 1410
Telephone: (415)675-3400
Facsimile (415)675-3434
Email: james.goldberg@bryancave.com
Email: deborah.goldfarb@bryancave.com
*Attorneys for Intervening Defendants Brazos Electric Power Cooperative, Inc. and East Kentucky Power Cooperative, Inc.*

Whereas, this case involves several requests by Plaintiff, SIERRA CLUB, for records in the custody or control of Federal Defendants, U.S. DEPARTMENT OF AGRICULTURE and RURAL UTILITIES SERVICE, pursuant to the Freedom of Information Act; and

Whereas, on or around September 25, 2009, Federal Defendants provided responsive records and Vaughn Indices for withholdings; and

Whereas, Plaintiff completed review of responsive records and Vaughn Indices on or around October 23, 2009, resulting in a settlement proposal to Federal Defendants on October 27, 2009; and

Whereas, the Court granted a stipulated request for a 60-day extension, setting the current Scheduling Order (D.E. 59) and allowing the parties to engage in settlement discussions; and

Whereas, the parties have engaged in detailed settlement discussions and are very close to a comprehensive settlement, but are still working to resolve a few outstanding issues (as to which the parties have been exchanging proposals and counter-proposals in recent days and to which the parties expect to make further exchanges by early next week), and to draft a settlement agreement; and

Whereas, the Court's current Scheduling Order requires Federal Defendants and Intervenor-Defendants to file motions for summary judgment on January 19, 2010; and

STIPULATED REQUEST TO EXTEND
BRIEFING SCHEDULE BY SIXTY DAYS - 2

Whereas, in light of the schedule and the parties' anticipated settlement, Plaintiff, Federal Defendants, and Intervenor-Defendants (collectively the "Parties"), have conferred and agree that, in an effort to promote judicial efficiency, the current briefing schedule be extended by sixty days to determine whether the remaining issues in the case can be resolved without further litigation. Counsel for Plaintiff represents that he obtained the dates below from the Court's clerk.

IT IS HEREBY AGREED AND THE PARTIES STIPULATE, subject to the Court's approval, that the briefing schedule be extended by approximately sixty days, resulting in the revised schedule as follows:

| | | |
|---|---|---|
| (a) | March 22, 2010 | Last day for Defendant and/or Intervenor(s) to file a motion for summary judgment. |
| (b) | April 12, 2010 | Last day for Plaintiff to file opposition to any motion for summary judgment filed by Defendant and/or Intervenor(s) and last day for Plaintiff to file any cross-motion for summary judgment. |
| (c) | May 3, 2010 | Last day for Defendant and/or Intervenor(s) to file reply in support of any motion for summary judgment and last day for Defendant and/or Intervenor(s) to file opposition to any motion for summary judgment filed by Plaintiff. |

///

///

///

///

///

///

///

///

| | | |
|---|---|---|
| (d) May 21, 2010 | | Last day for Plaintiff to file reply in support of its crossmotion for summary judgment. |
| (e) June 18, 2010 | | Hearing on summary judgment motions. |

Respectfully submitted,

  /s/ William S. Eubanks II
WILLIAM S. EUBANKS II, N.C. BAR NO. 36743
HOWARD M. CRYSTAL, D.C. BAR. NO. 446189
*Pro hac vice*

  /s/ Kristin Henry
KRISTIN HENRY, CAL. BAR NO. 220908
Sierra Club
85 2nd Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5716, (415) 977-5793 fax
Kristin.Henry@sierraclub.org
*Attorneys for Plaintiff Sierra Club*

  /s/ Michael T. Pyle
MICHAEL T. PYLE, CAL. BAR NO. 172954
*Attorney for Federal Defendants*

  /s/ James Goldberg
JAMES GOLDBERG, CAL. BAR NO. 107990
DEBORAH A. GOLDFARB CAL. BAR NO. 291942
*Attorneys for Intervenor-Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: 1/14/10

The Honorable [signature: Judge Samuel Conti]
United States District Judge

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE BY SIXTY DAYS - 4**