JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7322
Facsimile: (415) 436-6748
E-mail: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

William S. Eubanks II
Howard M. Crystal
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, DC 20009

Attorneys for Plaintiff

[**Additional counsel and parties listed on signature page**]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | No. 08-4248 SC |
| Plaintiff, | ) ) | **JOINT STIPULATION FOR** |
| v. | ) ) | **DISMISSAL WITH PREJUDICE** |
| UNITED STATES DEPARTMENT OF AGRICULTURE ET AL., | ) ) ) | |
| Defendants. | ) | |

Pursuant to a Settlement Agreement reached by the parties in this matter, Plaintiffs Sierra Club has received various records under the Freedom of Information Act ("FOIA") in satisfaction of the FOIA requests that formed the basis of this litigation. Accordingly, the parties

JOINT STIPULATION FOR DISMISSAL
C08-4248 SC                                                1

hereby jointly dismiss this matter with prejudice, and pursuant to the terms and conditions of the Settlement Agreement. Fed. R. Civ. Pro. 41(a)(1)(A)(ii).[1]

                              Respectfully submitted,

                              /s/ William S. Eubanks II
                              WILLIAM S. EUBANKS II, N.C. BAR NO. 36743
                              HOWARD M. CRYSTAL, D.C. BAR. NO. 446189
                              *Pro hac vice*

                              /s/ Kristin Henry
                              KRISTIN HENRY, CAL. BAR NO. 220908
                              Sierra Club
                              85 2nd Street, 2nd Floor
                              San Francisco, CA 94105
                              (415) 977-5716, (415) 977-5793 fax
                              Kristin.Henry@sierraclub.org
                              *Attorneys for Plaintiff Sierra Club*

                              /s/ Michael T. Pyle
                              MICHAEL T. PYLE, CAL. BAR NO. 172954
                                    *Attorney for Federal Defendants*

                              /s/ James Goldberg
                              JAMES GOLDBERG, CAL. BAR NO. 107990
                              DEBORAH A. GOLDFARB CAL. BAR NO. 291942
                              *Attorneys for Intervenor-Defendants*

---

[1] The parties agree to bear their own fees and costs except as set forth in the Settlement Agreement.

JOINT STIPULATION FOR DISMISSAL
C08-4248 SC