JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

   U.S. Attorney's Office/Civil Division
   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone: (415) 436-7322
   Facsimile: (415) 436-6748
   E-mail: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

William S. Eubanks II
Howard M. Crystal
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, DC 20009

Attorneys for Plaintiff

[**Additional counsel and parties listed on signature page**]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | No. 08-4248 SC |
|    Plaintiff, | ) ) | **JOINT STIPULATION FOR** |
| v. | ) ) | **DISMISSAL WITH PREJUDICE** |
| UNITED STATES DEPARTMENT OF AGRICULTURE ET AL., | ) ) ) | |
|    Defendants. | ) | |

   Pursuant to a Settlement Agreement reached by the parties in this matter, Plaintiffs Sierra Club has received various records under the Freedom of Information Act ("FOIA") in satisfaction of the FOIA requests that formed the basis of this litigation. Accordingly, the parties

JOINT STIPULATION FOR DISMISSAL
C08-4248 SC            1

1  hereby jointly dismiss this matter with prejudice, and pursuant to the terms and conditions of the
2  Settlement Agreement.  Fed. R. Civ. Pro. 41(a)(1)(A)(ii).[1]

Respectfully submitted,

  /s/ William S. Eubanks II
WILLIAM S. EUBANKS II, N.C. BAR NO. 36743
HOWARD M. CRYSTAL, D.C. BAR. NO. 446189
*Pro hac vice*

  /s/ Kristin Henry
KRISTIN HENRY, CAL. BAR NO. 220908
Sierra Club
85 2nd Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5716, (415) 977-5793 fax
Kristin.Henry@sierraclub.org
*Attorneys for Plaintiff Sierra Club*

  /s/  Michael T. Pyle
MICHAEL T. PYLE, CAL. BAR NO. 172954
   *Attorney for Federal Defendants*

  /s/ James Goldberg
JAMES GOLDBERG, CAL. BAR NO. 107990
DEBORAH A. GOLDFARB CAL. BAR NO. 291942
*Attorneys for Intervenor-Defendants*

**IT IS SO ORDERED**
*/s/ Samuel Conti*
Judge Samuel Conti
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

---

[1] The parties agree to bear their own fees and costs except as set forth in the Settlement Agreement.

JOINT STIPULATION FOR DISMISSAL
C08-4248 SC